UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAMES L. MCPHADEN,<br><br>Defendant - Appellant. | NO.  C05-5517JET<br>        CR95-5828JET<br><br>ORDER |

   THIS MATTER comes on before the above-entitled Court upon remand from the Ninth Circuit Court of Appeals.

   The Ninth Circuit Court of Appeals has directed the district court to issue or decline to issue a certificate of appealability in C05-5517JET.

- 1

1   Having considered the entirety of the record and files herein, it is hereby

2   ORDERED that the court declines to issue a Certificate of Appealability because Defendant

3   McPhaden has failed to make "a substantial showing of the denial of a constitutional right." 28

4   U.S.C. §2253(c)(2).

5   IT IS SO ORDERED.

6   The clerk of the court is instructed to send uncertified copies of this Order to all counsel of

7   record.

8   DATED this 28st$^h$ day of September, 2005.

10   /s JACK E. TANNER

11   _____
     JACK E. TANNER
     SR. UNITED STATES DISTRICT JUDGE

- 2